BRIAN W. BOSCHEE, ESQ.
Nevada Bar No. 7612
bboschee@nevadafirm.com
JAMES W. PUZEY, ESQ.
Nevada Bar No. 5745
jpuzey@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
PUZEY & THOMPSON
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: 775/851-8700

ROBERT W. TORMOHLEN, ESQ.
Pro Hac Vice
rwtormohlen@lewisricekc.com
JOSEPH E. BANT, ESQ.
Pro Hac Vice
jebant@lewisricekc.com
LEWIS RICE LLC
1010 Walnut, Suite 500
Kansas City, Missouri 64106
Telephone: 816/421-2500

*Attorneys for Plaintiff FLS Transportation Services (USA) Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FLS TRANSPORTATION SERVICES (USA) INC., a Delaware foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARLIEN CASILLAS, an individual, and OPEN ROAD TRANSPORTATION, INC., an Oregon foreign corporation,<br><br>Defendants. | CASE NO.: 3:17-CV-00013-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF FLS TRANSPORTATION SERVICES (USA) INC. TO FILE RESPONSE TO DEFENDANT ARLIEN CASILLAS'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff FLS Transportation Services (USA) Inc. ("FLS"), Defendant Arlien Casillas ("Casillas"), and Defendant OpenRoad Transportation, Inc. ("OpenRoad"), by and through their undersigned counsel, hereby stipulate to an extension of time, up to and including March 17,

2017, for FLS to file a response to Casillas's motion to dismiss (ECF No. 11), which was filed February 24, 2017.  The requested extension is to allow FLS additional time to properly research and respond to the issues raised in Casillas's motion, additional time that is necessary in part due to scheduling conflicts in other cases involving FLS's counsel.  This is the first request for an extension of time for FLS to respond to Casillas's motion.

This Stipulation for extension of time for FLS to respond to Casillas's motion to dismiss is not brought for the purpose of delay or for any other improper purpose.

DATED this 8th day of March, 2017.

/s/ James W. Puzey_____
Brian W. Boschee
Nevada Bar No. 7612
bboschee@nevadafirm.com
James W. Puzey
Nevada Bar No. 5745
jpuzey@nevadafirm.com
HOLLEY, DRIGGS, WALCH,
PUZEY & THOMPSON
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521

Robert W. Tormohlen
(Pro Hac Vice)
rwtormohlen@lewisricekc.com
Joseph E. Bant
(Pro Hac Vice)
jebant@lewisricekc.com
LEWIS RICE LLC
1010 Walnut, Suite 500
Kansas City, Missouri 64106
Telephone: 816/421-2500
***Attorneys for Plaintiff FLS Transportation Services (USA) Inc.***

/s/ Anthony L. Hall_____
Anthony L. Hall
Nevada Bar No. 5977
ahall@hollandhart.com
Ricardo N. Cordova
Nevada Bar No. 11942
rncordova@hollandhart.com
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
***Attorneys for Defendant Arlien Casillas***

/s/ Molly M. Rezac_____
Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletree.com
Amy A. McGeever
Nevada Bar No. 13535
amy.mcgeever@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
543 Plumas Street
Reno, Nevada 89509
Telephone: 775/440-2372
***Attorneys for Defendant OpenRoad Transportation, Inc.***

- 2 -

**<u>ORDER</u>**

IT IS SO ORDERED: Response to Defendant's motion to dismiss (ECF No. 11) is due 3/17/2017.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 9, 2017