# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLS TRANSPORTATION SERVICES (USA) INC., a Delaware foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARLIEN CASILLAS, an individual, and OPENROAD TRANSPORTATION, INC., an Oregon foreign corporation,<br><br>Defendants. | CASE NO.: 3:17-CV-00013-MMD-VPC<br><br>**STIPULATION AND ORDER TO VACATE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JULY 24, 2017** |

In accordance with the Court's directive at the parties' case management conference held April 24, 2017, concerning monthly case management conferences (See ECF No. 31), Plaintiff FLS Transportation Services (USA) Inc. ("FLS"), Defendant Arlien Casillas ("Casillas"), and Defendant OpenRoad Transportation, Inc. ("OpenRoad"), by and through their undersigned counsel, hereby stipulate to vacate the case management conference scheduled for July 24, 2017. At this time, the parties are proceeding with discovery and have no issues to report to the Court. As explained below, the issue that was raised with the Court previously, concerning the sufficiency of FLS's initial disclosures, has been briefed and remains pending for resolution by the Court. The parties reserve their rights to bring before the Court any additional issues once they are ripe.

///
///
///
///

At the prior case management conference held June 19, 2017, Defendants raised an issue concerning the completeness of FLS's initial disclosures, specifically with regard to FLS's disclosure of witnesses and its computation of damages. At the conference, the Court resolved the issue as it pertained to witness disclosures[1] and directed additional briefing concerning the computation of damages. (*See* ECF No. 39.) FLS subsequently filed "points and authorities regarding the value of the case and the methods used in calculating that amount" (ECF No. 40) in which it described a revised damages computation along with an explanation of how the computation was derived and support for the basis for the computation and its compliance with initial-disclosure requirements. Given FLS' explanation, Defendants filed a response brief requesting the Court to simply order FLS to supplement its initial disclosures to reflect the revised damages computation described in FLS' Points and Authorities. *See* ECF No. 42. In addition, Defendants requested the Court to make FLS' meet and confer obligations clear. *Id.* Defendants' requests remain pending before the Court for resolution.

Regarding discovery, Defendants served their respective responses to FLS's first interrogatories and requests for production of documents on July 14, 2017. FLS is reviewing these responses and reserves its right to contest their sufficiency. Defendants also served supplemental disclosures on July 14, 2017. FLS's responses to Defendant Casillas's first interrogatories, first request for production of documents, and first requests for admission are due July 24, 2017. FLS also is in the process of serving records subpoenas on various customers,

///
///
///
///
///
///
///

---

[1] Although FLS has yet to do so, it will promptly amend its initial disclosures in compliance with the Court's Order regarding its witness disclosures as soon as the Court has resolved the issue concerning FLS' damages computation.

- 2 -

carriers, and other witnesses. The parties are also in the process of revising their proposed protective order to address the concerns raised by the Court in its July 13, 2017, order.

DATED this 18th day of July, 2017.

| /S/Brian Boschee, Esq. | /s/ Anthony L. Hall |
|---|---|
| Brian W. Boschee | Anthony L. Hall |
| Nevada Bar No. 7612 | Nevada Bar No. 5977 |
| bboschee@nevadafirm.com | ahall@hollandhart.com |
| James W. Puzey | Ricardo N. Cordova |
| Nevada Bar No. 5745 | Nevada Bar No. 11942 |
| jpuzey@nevadafirm.com | rncordova@hollandhart.com |
| HOLLEY, DRIGGS, WALCH, | HOLLAND & HART LLP |
| PUZEY & THOMPSON | 5441 Kietzke Lane, Second Floor |
| 800 South Meadows Parkway, Suite 800 | Reno, Nevada 89511 |
| Reno, Nevada 89521 | ***Attorneys for Defendant Arlien Casillas*** |
| | |
| Robert W. Tormohlen | /S/ Molly M. Rezac, Esq. |
| (Pro Hac Vice) | Molly M. Rezac |
| rwtormohlen@lewisricekc.com | Nevada Bar No. 7435 |
| Joseph E. Bant | molly.rezac@ogletree.com |
| (Pro Hac Vice) | Amy A. McGeever |
| jebant@lewisricekc.com | Nevada Bar No. 13535 |
| LEWIS RICE LLC | amy.mcgeever@ogletree.com |
| 1010 Walnut, Suite 500 | OGLETREE, DEAKINS, NASH, SMOAK |
| Kansas City, Missouri 64106 | & STEWART, P.C. |
| Telephone: 816/421-2500 | 543 Plumas Street |
| ***Attorneys for Plaintiff FLS Transportation Services (USA) Inc.*** | Reno, Nevada 89509 |
| | Telephone: 775/440-2372 |
| | ***Attorneys for Defendant OpenRoad Transportation, Inc.*** |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____July 19, 2017_____

- 3 -