Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
Amy A. McGeever
Nevada Bar No. 13535
amy.mcgeever@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
50 West Liberty Street, Suite 920
Reno, Nevada 89501
Telephone: 775.440.2372
Fax: 775.440.2376

*Attorneys for Defendant OpenRoad Transportation, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| FLS TRANSPORTATION SERVICES (USA), INC., a Delaware foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARLIEN CASILLAS, an individual and OPENROAD TRANSPORTATION, INC. an Oregon foreign corporation,<br><br>Defendants. | Case No.: 3:17-cv-00013-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff FLS Transportation Services (USA), Inc. and Defendants Arlien Casillas and OpenRoad Transportation, Inc., by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendants, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

…

…

…

Each party is to bear their own fees and costs.

DATED this 9th day of February, 2018.

| | |
|---|---|
| LEWIS RICE LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Robert W. Tormohlen* | /s/ *Molly M. Rezac* |
| Joe Bant *(pro hac vice)* <br> Robert W. Tormohlen *(pro hac vice)* <br> 1010 Walnut, Suite 500 <br> Kansas City, MO 64106 | Molly M. Rezac <br> Nevada Bar No. 7435 <br> Amy A. McGeever <br> Nevada Bar No. 13535 <br> 50 West Liberty Street, Suite 920 <br> Reno, NV 89501 <br> *Attorneys for Defendant OpenRoad Transportation, Inc.* |
| HOLLEY, DRIGGS, WALCH, PUZEY & THOMPSON | |
| Brian W. Boschee <br> Nevada Bar No. 7612 <br> James W. Puzey <br> Nevada Bar No. 5745 <br> 800 South Meadows Parkway, Suite 800 <br> Reno, NV 89521 <br> *Attorneys for Plaintiff FLS Transportation* | HOLLAND & HART LLP <br><br> /s/ *Ricardo N. Cordova* <br> Anthony L. Hall <br> Nevada Bar No. 5977 <br> Ricardo N. Cordova <br> Nevada Bar No. 11942 <br> 5441 Kietzke Lane, Second Floor <br> Reno, NV 89511 <br> *Attorneys for Defendant Arlien Casillas* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 12, 2018